ACCEPTED
03-14-00629-CV
4558682
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 10:12:11 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

3/19/2015 10:12:11 AM
JEFFREY D. KYLE
Clerk

March 19, 2015

The Honorable Jeffrey D. Kyle
Clerk, Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711-2547

> Re:   03-14-00629-CV; *Los Fresnos Consolidated Independent School District and Michael L. Williams, Commissioner of Education, State of Texas v. Jorge Vazquez*; In the Third Court of Appeals – Austin, TX

Dear Mr. Kyle:

This letter is written to notify the Court and all parties of record that I will be on vacation beginning May 26 through June 2, 2015. Please do not schedule any hearings or other deadlines in the above-referenced cause during this period of time.

By copy of this letter, all parties of record have been notified. Thank you for your attention to this matter and usual courtesies in this regard.

> Respectfully,
>
> /s/Jennifer L. Hopgood
> JENNIFER L. HOPGOOD
> Assistant Attorney General
> Administrative Law Division
> P.O. Box 12548
> Austin, TX 78711-2548
> Phone (512) 936-1660; Fax (512) 320-0167
> Jennifer.Hopgood@texasattorneygeneral.gov
> ATTORNEY FOR MICHAEL WILLIAMS,
> TEXAS COMMISSIONER OF EDUCATION

cc: Counsel/Parties of Record